UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERROL TRAVIS,

    Plaintiff,                        Case No. 1:12-CV-96

v.                                   HON. GORDON J. QUIST

MARVIN MORGRIDGE, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on October 15, 2013, in which the magistrate judge made findings of fact and conclusions of law regarding the issue of whether Plaintiff had exhausted his administrative remedies. After an evidentiary hearing, the magistrate judge recommended that Plaintiff had exhausted his administrate remedies. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed October 15, 2013 (dkt. # 113), is approved and adopted as the opinion of the court. The Court concludes that Plaintiff has exhausted his administrative remedies.

Dated: November 5, 2013                                      /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE