UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERROL MARTELL TRAVIS,

       Plaintiff,                                        Case No.  1:12-CV-96

v.                                                      Hon. Gordon J. Quist

MARVIN MORGRIDGE, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 24, 2014.  The Report and Recommendation was duly served on Plaintiff on October 27, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 24, 2014, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (dkt. # 126) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

A separate judgment will issue.

This case is **concluded**.


Dated:  November 25, 2014                                                  /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE